IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DERRICK D. FIELDS                                                                                    PLAINTIFF

v.                                Civil No. 4:21-cv-04083

CAPTAIN ADAMS; SERGEANT GOLDEN; and
WARDEN JEFFRIES                                                  DEFENDANTS

**REPORT AND RECOMMENDATION**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States Chief District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. before the Court are Plaintiff's applications to proceed *in forma pauperis* ("IFP"). (ECF Nos. 2, 7).

BACKGROUND

Derrick D. Fields, currently an inmate of the Miller County Detention Center ("MCDC"), filed this *pro se* civil rights action under 42 U.S.C. § 1983 on November 4, 2021. (ECF No. 1). Plaintiff failed to submit a completed certificate regarding his inmate account with his first IFP application because it was not signed by an authorized officer of the MCDC. (ECF No. 2). In this IFP application he indicated he had "0" funds in his prisoner account for the last six months. *Id.*

On November 4, 2021, the Court then ordered Plaintiff to submit a completed IFP application signed by an authorized agent from the MCDC. (ECF No. 3). That same day, the Court received a Supplement (ECF No. 5) which contained a Certificate of Inmate Account and Assets representing Plaintiff had "0" funds in his account for the last six months. The signature on the document in the space for the Authorized Officer of the MCDC reads "C/O Hick". *Id.* However,

1

the word "County" is misspelled as "Conty" and the document is not stamped by the MCDC. *Id.*

In response to the Court's order on November 4, 2021, Plaintiff submitted an Amended Complaint (ECF No. 6) and a second IFP application. (ECF No. 7) on November 19, 2021. This time the Certificate of Inmate Account and Assets appeared to be signed by a "Cpl Moore". *Id.* at p. 3. The document again represented Plaintiff had "0" funds in his account for the last six months and the document was not stamped by the MCDC. *Id.*

Because of the discrepancies in Plaintiff's certificates of his inmate account, the Court ordered the Warden or Jail Administrator of the MCDC to review the Certificates of Inmate Account and Assets (ECF Nos. 5 and 7 at p. 3) to determine if these documents were forged by Plaintiff. On December 9, 2021, Jeffie Walker filed an affidavit stating, "I, Jeffie Walker, the Warden/Jail Administrator of the Miller County Detention Center, have examined the Certificates of Inmate Account and Assets. I have found that the documents (ECF Nos. 5 and 7 at p. 3) presented to me by the Court were in fact forged." (ECF No. 9).

## CONCLUSION

Accordingly, I recommend Plaintiff's IFP applications (ECF Nos. 2 and 7) be **DENIED,** and Plaintiff be ordered to pay the filing fee of $350.00 plus the $52 administrative fee, a total of $402.00, within thirty days (30) of the adoption of this Report and Recommendation.

**Plaintiff shall have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).   The failure to file timely objections may result in waiver of the right to appeal questions of fact.   Plaintiff is reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED this 15th day of December 2021.**

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE