IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DERRICK D. FIELDS                                                                               PLAINTIFF

v.                                      Case No. 4:21-cv-4083

CAPTAIN ADAMS; SERGEANT GOLDEN;
and WARDEN JEFFRIES                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 15, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that Plaintiff's *in forma pauperis* ("IFP") applications (ECF Nos. 2, 7) be denied. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's IFP applications (ECF Nos. 2, 7) are **DENIED**. Plaintiff is ordered to pay the filing fee of $350.00 plus the $52 administrative fee, a total of $402.00, within thirty days of the date of this Order.

**IT IS SO ORDERED**, this 4th day of January, 2022.

                                                                                        /s/ Susan O. Hickey
                                                                                        Susan O. Hickey
                                                                                        Chief United States District Judge