IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DERRICK D. FIELDS                                                                                   PLAINTIFF

v.                                            Case No. 4:21-cv-4083

CAPTAIN ADAMS; SERGEANT GOLDEN;
and WARDEN JEFFRIES                                                                         DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed March 3, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that Plaintiff's amended complaint be dismissed without prejudice for failure to comply with two Court orders. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge